UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | No. 3:05-CR-96 |
| V. ) | (JORDAN/GUYTON) |
| ) | |
| ) | |
| ) | |
| ANNE A. STIFFLER ) | |

ORDER OF DETENTION PENDING TRIAL

The defendant appeared before the undersigned for a detention hearing on August 19, 2005. The government requested that the defendant be detained without bond pending trial pursuant to Title 18 U.S.C. Section 3142(f). The defendant, with retained counsel Bruce E. Poston, appeared and announced that the defendant would agree to detention. The defendant and her attorney executed a Waiver of Detention Hearing in open court.

The defendant is aware of her rights to a detention hearing and to require the government to meet its burden of proving that no conditions of release exist which will reasonably assure her appearance in court and the safety of the community. The defendant understands that if she waives her detention hearing, she will remain in custody pending trial.

Upon consideration of defendant's waiver, the charge against her, and the report of the Pretrial Services Office, the Court finds that, at this time, no conditions of release will reasonably assure the appearance of the defendant in court and the safety of the community.

It is, therefore, ORDERED that:

(1) Defendant be detained without bond pending trial;

(2) **Defendant be confined in the Knox County Penal Farm Facility, and for the first 7 days of her confinement there be held in Pod 6 (the medical ward);**

(3) Defendant be confined separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(4) Defendant be afforded reasonable opportunity for private consultation with counsel; and

(5) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with any court proceeding.

**IT IS SO ORDERED.**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge