UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-96 |
| | ) | (JORDAN/GUYTON) |
| ANNE A. STIFFLER, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>AMENDED ORDER OF DETENTION PENDING TRIAL</u>**

The defendant, Anne A. Stiffler, appeared before the undersigned on August 19, 2005, waived her right to a detention hearing [Doc. 12], and agreed to detention. Accordingly, the Court ordered [Doc. 13] that the defendant be detained without bond pending trial. The Court also ordered [Doc. 13] that the defendant be confined in the Knox County Penal Farm Facility and be held in Pod 6 (the medical ward) for the first seven days of her confinement at that facility.

On September 21, 2005, the defendant appeared before the undersigned for a motion hearing. She was represented by Attorney Bruce Poston, and the government was represented by Assistant United States Attorney David Jennings. Attorney Poston alerted the Court that the defendant was still being housed in the medical ward at Knox County some thirty days after she began her detention there. He contended that the medical need for the defendant's stay in the medical ward had now passed and asked that the Court order that she be returned to the general population. The government did not oppose this request.

1

Accordingly, the Court finds that the defendant no longer needs to be housed in Pod 6 (the medical ward) of the Knox County Penal Farm. The Court **AMENDS** its earlier detention order [Doc. 13] by removing the requirement that the defendant be housed in Pod 6 (the medical ward), which requirement has already expired under the original order, unless and until the defendant experiences medical problems necessitating her confinement there. All other portions of the detention order shall remain the same and continue in full force and effect as if stated in full herein.

**IT IS SO ORDERED**.

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge

2